**FORM RAB9A** (Ch 7 Ind/Jnt Db No Asset Cs)(12/09)                                                             Case Number **10–22901**

# UNITED STATES BANKRUPTCY COURT
District of Utah

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines
A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 3/11/10.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Jason Britton Johnson<br>1405 W. Elk View Cir.<br>Mapleton, UT 84664 | Alicia Kay Johnson<br>1405 W. Elk View Cir.<br>Mapleton, UT 84664 |
| Case Number:<br>10–22901 WTT | Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>xxx–xx–0491<br>xxx–xx–4804 |
| Attorney for Debtor(s) (name and address):<br>Jason Britton Johnson<br>1405 W. Elk View Cir.<br>Mapleton, UT 84664<br>Telephone number: 801–592–5656 | Bankruptcy Trustee (name and address):<br>Philip G. Jones tr<br>853 West Center Street<br>Orem, UT 84057<br>Telephone number: (801) 224–5750 |

### Meeting of Creditors
Date: **April 26, 2010**                                        Time: **3:00 PM**
Location: **Provo City Library, Academy Square, 550 N. University Ave., Provo, UT 84601**

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts: 6/25/10**

### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Foreign Creditors
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>350 South Main #301<br>Salt Lake City, UT 84101<br>Telephone number: (801) 524–6687 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>David A. Sime |
| Hours Open: 8:00 AM – 4:30 PM; Telephone 8:00 AM – 4:30 PM | Date: 3/30/10 |

### Online Information
Case information is available at no charge on our Voice Case Information System (VCIS). Call 1–800–733–6740 or (801) 524–3107 with your touch–tone telephone. Case information is also available on the Internet using our PACER service for a $.08/page fee. An account is required. Visit our homepage at **www.utb.uscourts.gov** for details.

**EXPLANATIONS** FORM RAB9A (10/05)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice/Note** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. Important notice to individual debtor(s): All individual debtor(s) must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), (6), or (15), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Foreign Creditors | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Dismissal | This case may be dismissed unless a written objection to dismissal is filed by the debtor, a creditor or party in interest within 21 days after a creditors' meeting, if the debtor(s) or debtor's counsel fail to attend the creditors' meeting or fail to timely file required documents [Bankr.D.Ut. Rules 1007–2, 2003–1(a)]. A hearing on the objection to dismissal must be set at the time the objection is filed and notice of the hearing must be sent to the trustee, all creditors and parties of interest, or the case shall be dismissed. |
| Appointment of Interim Trustee | The person designated as Bankruptcy Trustee on the front side of this form has been selected as Interim Trustee of the estate of the captioned debtor(s) and the trustee's previously–filed blanket bond is approved. Unless another trustee is elected at the meeting of creditors, the trustee shall serve without further appointment or qualification. The trustee is deemed to have accepted the appointment, unless the trustee notifies the Court and the U.S. Trustee in writing of any rejection within five days after receipt of notice of selection. |

–– Refer to Other Side for Important Deadlines and Notices ––

# CERTIFICATE OF NOTICE

```
District/off: 1088-2           User: dlg                    Page 1 of 2                   Date Rcvd: Mar 30, 2010
Case: 10-22901                 Form ID: rab9a               Total Noticed: 73

The following entities were noticed by first class mail on Apr 01, 2010.
db/jdb         +Jason Britton Johnson,    Alicia Kay Johnson,    1405 W. Elk View Cir.,    Mapleton, UT 84664-4808
aty            +Robert Lund,    Lewis & Lund,    699 East South Temple,    Suite 220,
                 Salt Lake City, UT 84102-1185
tr             +Philip G. Jones tr,    853 West Center Street,    Orem, UT 84057-5201
6906611        +Absolute Air,    312 North 1600 West,    Mapleton, UT 84664-3107
6906584        +Aurora Loan Services,    10350 Park Meadows Dr.,    Littleton, CO 80124-6800
6906625         Basic Contracting,    Attn: Peter Schafff,    1000 Louisiana Ste 3400,    Houston, TX 77002-5011
6906564        +CEDO,    777 S. State St.,    Orem, UT 84058-6368
6906603        +Cardall?s Insulation Company,    P.O. box 114,    Logan, UT 84323-0114
6906612        +Carriage House,    560 South 100 West,    Provo, UT 84601-4569
6906567         Chevron,    P.O. Box 530950,    Atlanta, GA 30353-0950
6906585         Citibank N.A.,    P.O. Box 688923,    Des Moines, IA 50368-8923
6906566        +Citigold Services,    P.O. Box 769007,    San Antonio, TX 78245-9007
6906613        +Classic Construction,    560 South 100 West,    Provo, UT 84601-4569
6906588         Crestwood Management,    P.O. Box 22630,    Cleveland, OH 44122-0630
6906609         Direct TV,    P.O. box 78626,    Phoenix, AZ 85062-8626
6906596         Disney Chase Cardmember Services,    P.O. box 94014,    Palatine, IL 60094-4014
6906599         Farm Bureau,    P.O. box 6460,    Carol Stream, IL 60197-6460
6906578         GMAC,    P.O. Box 78234,    Phoenix, AZ 85062-8234
6906573        +Gene and Thanna Dunaway,    13894 SE Autumn Ridge Terrace,    Milwaukie, OR 97267-2150
6906614        +Giles Drywall,    P.O. Box 57,    Springville, UT 84663-0057
6906615        +Hepworth Electric,    1374 West 130 South,    Orem, UT 84058-5136
6906606        +Hillside Storage,    668 Alvey Drive,    Mapleton, UT 84664-4743
6906587         IHC ? ARC,    P.O. Box 410400,    Salt Lake City, UT 84141-0400
6906560       ++INTERMOUNTAIN HEALTHCARE,    PO BOX 27808,    SALT LAKE CITY UT 84127-0808
                (address filed with court:  Intermountain Healthcare,    P.O. box 30191,
                 Salt Lake City, UT 84130)
6906626        +Internal Revenue Service,    234 25th St.,    Ogden, UT 84401-2302
6906608        +Larry King,    299 South Main St. Suite 1700,    Salt Lake City, UT 84111-2279
6906565        +Liberty Restoration,    409 Ironwood Drive,    Salt Lake City, UT 84115-2948
6906616        +Madera Mill,    5956 South 350 West,    Murray, UT 84107-6981
6906601         Mapleton City Corporation,    125 West 400 North,    Mapleton, UT 84664
6906624        +Mark Wysong,    9 Monroe Parkway Suite 150,    Lake Oswego, OR 97035-8863
6906577        +Michael C. Regan DMD,    6969 SE Lake Road,    Milwaukie, OR 97267-2103
6906607        +Mike Miller,    2051 Stadium Lane,    Provo, UT 84604-1813
6906592         Next Card,    P.O. box 2538,    Omaha, NE 68103-2538
6906600        +Night Lights,    7094 Ute Dr.,    Eagle Mountain, UT 84005-4979
6906575        +Novell, Inc.,    1800 Novell Pl,    Provo, UT 84606-6101
6906604        +Oak Tree Marble,    1033 North 700 East,    Springville, UT 84663-3158
6906574       ++PACIFICORP,    ATTN BANKRUPTCY,    PO BOX 25308,    SALT LAKE CITY UT 84125-0308
                (address filed with court:  Rocky Mountain Power,    1033 NE 6th Ave,    Portland, OR 97256-0001)
6906589        +Paramount Acceptance,    4725 S. Holladay Blvd.,    Salt Lake City, UT 84117-5400
6906597        +Peck Rock Waste Services,    569 East 400 South,    Lehi, UT 84043-3550
6906559         Physicians Billing Service,    P.O. Box 79052,    Phoenix, AZ 85062-9052
6906617        +Pilch Construction,    127 West Windsong Dr.,    Pleasant Grove, UT 84062-3856
6906618        +Pro-Build,    P.O. box 220,    Midvale, UT 84047-0220
6906590         Quest Diagnostics,    P.O. Box 55126,    Boston, MA 02205-5126
6906619        +Quest Mechanical,    P.O. Box 2045,    Provo, UT 84603-2045
6906583         Questar Gas,    P.O. Box 45841,    Salt Lake City, UT 84139-0001
6906563         RC Willey,    P.O. box 410429,    Salt Lake City, UT 84141-0429
6906568        +Richard W. Parkinson, MD,    5314 North 250 West Ste 220,    Provo, UT 84604-7746
6906620        +Sanfords Painting,    1683 West Alvey Dr. #2,    Mapleton, UT 84664-4748
6906569        +Smile Center,    10 South 300 East,    Provo, UT 84606-3201
6906591        +Squire & Company,    1329 South 800 East,    Orem, UT 84097-7737
6906621        +Stone by Design,    513 West 700 South Unit 4,    Pleasant Grove, UT 84062-3558
6906602        +TCI Security,    P.O. box 1473,    Orem, UT 84059-1473
6906593         The Economist,    P.O. box 46977,    St. Louis, MO 63146-6977
6906622        +Timpanogos Pool,    325 West 40 South,    Lindon, UT 84042-1908
6906595        +Trapnell Orthodontics,    P.O. Box 406,    Payson, UT 84651-0406
6906623        +Tubzz Custom Jet,    315 South 1250 West,    Lindon, UT 84042-1638
6906581       ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                (address filed with court:  US Bank,    P.O. Box 2188,    Oshkosh, WI 54903-2188)
6906576        +UTFC,    699 E. South Temple Suite 220,    Salt Lake City,  84102-1185
6906628        +Utah Department of Workforce Services,    1550 N. Freedom Blvd.,    Provo, UT 84604-2573
6906610         Utah Valley Pediatrics,    1355 N. University Ave. Suite 210,    Provo, UT 84604-2721
The following entities were noticed by electronic transmission on Mar 30, 2010.
tr             +EDI: QPGJONES.COM Mar 30 2010 19:33:00      Philip G. Jones tr,    853 West Center Street,
                 Orem, UT 84057-5201
6906580         EDI: BECKLEE.COM Mar 30 2010 19:33:00      American Express,    C/O Becket and Lee,    P.O. Box 3001,
                 Malvern PA 19355-0701
6906570         EDI: BANKAMER.COM Mar 30 2010 19:33:00      Bank of America,    P.O. Box 851001,
                 Dallas, TX 75285-1001
6906571         EDI: BANKAMER.COM Mar 30 2010 19:33:00      Bank of America,    P.O. Box 15019,
                 Wilmington, DE 19886-5019
6906586         EDI: CHASE.COM Mar 30 2010 19:33:00      Chase Cardmember Services,    P.O. box 94014,
                 Palatine, IL 60094-4014
6906579         EDI: DISCOVER.COM Mar 30 2010 19:33:00      Discover,    P.O. Box 6103,
                 Carol Stream, IL 60197-6103
6906561         EDI: RMSC.COM Mar 30 2010 19:33:00      GE Money Bank,    P.O. Box 960061,    Orlando, FL 32896-0061
6906582         EDI: RMSC.COM Mar 30 2010 19:33:00      Gap,    P.O. Box 530942,    Atlanta, GA 30353-0942
6906572         EDI: WFNNB.COM Mar 30 2010 19:33:00      Limited Too,    P.O. Box 659728,
                 San Antonio, TX 78265-9728
```

```
District/off: 1088-2            User: dlg              Page 2 of 2              Date Rcvd: Mar 30, 2010
Case: 10-22901                  Form ID: rab9a         Total Noticed: 73

The following entities were noticed by electronic transmission (continued)
6906562       EDI: DAIMLER.COM Mar 30 2010 19:33:00      Mercedes-Benz Financial,   P.O. box 9001680,
              Louisville, KY 40290-1680
6906594       EDI: WFNNB.COM Mar 30 2010 19:33:00        Pottery Barn,   P.O. box 659705,
              San Antonio, TX 78265-9705
6906605       E-mail/Text: bklaw@qwest.com                             Qwest,   P.O. Box 29040,
              Phoenix, AZ 85038-9040
6906598       EDI: AISTMBL.COM Mar 30 2010 19:33:00      T-Mobile,   P.O. box 660252,   Dallas, TX 75266-0252
6906581       EDI: USBANKARS.COM Mar 30 2010 19:33:00    US Bank,   P.O. Box 2188,   Oshkosh, WI 54903-2188
6906627      +EDI: UTAHTAXCOMM.COM Mar 30 2010 19:33:00   Utah State Tax Commission,   210 North 1950 West,
              Salt Lake City, UT 84134-9000
                                                                                               TOTAL: 15

            ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 01, 2010**          **Signature:**    *Joseph Speetjens*